IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Case 04-98 |
| PETER CLRIONOMOS, | : | |
| Defendant. | : | |

## MOTION AND ORDER FOR BENCH WARRANT

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Jeffrey A. Neiman, Trial Attorney, United States Department of Justice, Criminal Division, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, Peter Clironomos as a result of the Indictment returned against him on July 13, 2006.

COLM F. CONNOLLY
United States Attorney

BY: _____
Jeffrey A. Neiman
Trial Attorney, Fraud Section
United States Department of Justice

Dated: July 12, 2006

AND NOW, this 13th day of July, 2006, upon the foregoing Motion, **IT IS ORDERED** that a warrant be issued for the arrest and apprehension of Peter Clironomos.

_____
United States District Judge

FILED
JUL 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE