IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Case 04-98-JJF |
| | : | |
| RUSSELL D. BERSCHT | : | |
| PETER CLIRONOMOS, | : | |
| | : | |
| Defendants. | : | |

## MOTION TO DISMISS INDICTMENT

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Jeffrey A. Neiman, Trial Attorney, Fraud Section, United States Department of Justice, hereby files this Motion to Dismiss Indictment against defendant Peter Clironomos, who recently died. This motion does not pertain to defendant Berscht.

                                                                                   Respectfully submitted,

                                                                                    COLM F. CONNOLLY
                                                                                    United States Attorney

BY: _____
                                                                              Jeffrey A. Neiman
                                                                              Trial Attorney, Fraud Section
                                                                              United States Department of Justice

Dated: August 28, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **Criminal Case 04-98-JJF** |
| | : | |
| **RUSSELL D. BERSCHT** | : | |
| **PETER CLIRONOMOS,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

And now, this \_\_\_\_day of _____, 2006, the Court being advised of defendant Clironomos' recent death,

**IT IS HEREBY ORDERED** that the Motion to Dismiss Indictment against defendant Peter Clironomos is _____.

_____
THE HONORABLE JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| Plaintiff, | : | |
| v. | : | Criminal Case 04-98-JJF |
| **RUSSELL D. BERSCHT**<br>**PETER CLIRONOMOS,** | : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

I, Jeffrey A. Neiman, a Trial Attorney with the U.S. Department of Justice, Fraud Section, do hereby certify that on this 28th day of August, 2006, I caused to be electronically filed a **Motion to Dismiss Indictment** with the Clerk of Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF. I further certify that a copy of the foregoing was mailed to counsel of record as follows:

> Mr. Solomon Wisenberg
> Attorney for Russell Bercht
> 1711 N Street, Northwest
> 2[nd] Floor
> Washington, D.C. 20036

_____
Jeffrey A. Neiman
Trial Attorney