IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Case 04-98-JJF |
| RUSSELL D. BERSCHT<br>PETER CLIRONOMOS, | : | |
| Defendants. | : | |

ORDER

And now, this __30__ day of __AUGUST__, 2006, the Court being advised of defendant Clironomos' recent death,

**IT IS HEREBY ORDERED** that the Motion to Dismiss Indictment against defendant Peter Clironomos is __GRANTED__.

_____
THE HONORABLE JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE

FILED

AUG 30 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE