

U.S. Department of Justice

Criminal Division

Washington, D.C. 20530

December 8, 2006

VIA: CM/ECF

The Honorable Joseph J. Farnan, Jr.
United States District Judge
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, Delaware 19801

      Re:    United States v. Russell Berscht, Criminal A. No. 04-98-JJF

Dear Judge Farnan:

    The United States and defendant Russell Berscht, through his attorney Solomon Wisenberg, have agreed upon the following briefing schedule in the matter of *United States v. Russell Berscht*, Case No. 04-998-JJF:

1. January 12, 2007:   Government's response to defendant's motions due

2. February 12, 2007:  Defendant Berscht's reply to government's response due

    The parties have also agreed that the Defendant's Omnibus Motion in Limine should remain pending and be briefed at a date closer to the commencement of trial. The parties are available at the Court's convenience to discuss this matter further, should the Court desire.

                                           Respectfully submitted,

                                           STEVEN A. TYRRELL
                                           Acting Chief, Fraud Section

                     By:    _____
                                         JEFFREY A. NEIMAN
                                         Trial Attorney
                                         United States Department of Justice
                                         Criminal Division, Fraud Section

cc:    Solomon Wisenberg, Esq.
       The Clerk of the Court