IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Case 04-98-JJF |
| RUSSELL D. BERSCHT, | : | |
| Defendant. | : | |

## NOTICE OF WITHDRAWAL OF COUNSEL

**PLEASE** withdraw the appearance of Shannon T. Hanson as an attorney of record for the United States of America in the above-captioned matter. Jeffrey A. Neiman remains lead counsel for the government.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Shannon T. Hanson
Assistant United States Attorney

Dated: December 8, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Case 04-98-JJF |
| RUSSELL D. BERSCHT, | : |
| Defendant. | : |

### CERTIFICATE OF SERVICE

I hereby certify that two copies of the attached Notice of Withdrawal of Counsel were sent by first class mail on December 8, 2006 to the following:

Mr. Solomon Wisenberg
Attorney for Russell Berscht
1711 N Street, Northwest
2nd Floor
Washington, D.C. 20036

Shannon T. Hanson
Assistant United States Attorney