# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | NO. 1:04-CR-00098-JJF-ALL |
| | ) | |
| **v.** | ) | _____ |
| _____ | ) | |
| **RUSSELL D. BERSCHT,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

## MOTION FOR WITHDRAWAL OF COUNSEL

Amanda L. Riedel gives notice of withdrawal of her appearance as counsel for the United States in the above-referenced matter.  As of April 4, 2008, Ms. Riedel will no longer be employed by the Criminal Division of the United States Department of Justice.  The United States continues to be represented by Fraud Section Trial Attorney Stacey Luck, who has previously entered her notice of appearance.

Respectfully submitted,

/s/ Amanda L. Riedel

Amanda L. Riedel, Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Ave. N.W.
Bond Building, 4th Floor
Washington, DC 20005
Tel: (202) 514-0930
Fax: (202) 514-7021
Amanda.Riedel@usdoj.gov

1

CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been served via electronic mail to defense

counsel at:

Solomon Wisenberg, Esq.
Wisenberg & Wisenberg, PLLC
1711 N. Street, NW
Washington, DC 20036

Respectfully submitted,

/s/ Amanda L. Riedel

Amanda L. Riedel, Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Ave. N.W.
Bond Building, 4th Floor
Washington, DC 20005
Tel: (202) 514-0930
Fax: (202) 514-7021
Amanda.Riedel@usdoj.gov